

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00484-CR

Robert **URRABAZO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR7309
Honorable Jennifer Pena, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 30, 2020.

_____
Rebeca C. Martinez, Justice